

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00337-CV

Ralph David Johnson
v.
Greunepointe 1 Kerens, LLC

On Appeal from the
13th District Court of Navarro County, Texas
Trial Court Cause No. D-18-26772-CV

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED AND RENDERED. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

May 7, 2020